R. I. Davis and Charles A. Koepke, as trustee, complainants. Chicago Title & Trust Company, as receiver, appellee, v. Charles Sedman et al., appellants. Gen. No. 34,799.

Opinion filed May 19, 1931. Rehearing denied June 1, 1931.

Wm. H. Tuttle and Herbert A. Hoffman, for appellants. Myer N. Rosengard, for appellee; Irving L. Block, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Minnie Olson Hogert, administratrix of the estate of Kenneth Olson Hogert, deceased, appellee, v. Agata Bojnowski, appellant. Gen. No. 34,801.

Opinion filed May 19, 1931.

Nicholson, Crandall & Snyder, for appellant. John H. Kay, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Theodore Hawkins, appellant, v. Hawkins & Loomis Company, appellee. Gen. No. 34,805.

Opinion filed May 19, 1931.

Adams, Hawley, Brown & Adams, for appellant; Ralph E. Brown, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee.

Mr. Justice Kerner delivered the opinion of the court.